BLANK ROME, LLP
Attorneys for Plaintiff
BRADE CARRIERS INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADE CARRIERS INC.,

   Plaintiff,

-against-

PACIFIC MINERALS LIMITED and MINERAL POWER LIMITED,

   Defendants.

08 Civ.

**RULE 7.1 STATEMENT**

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff BRADE CARRIERS INC. certifies that, according to information provided to counsel by its clients, BRADE CARRIERS INC. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:  New York, New York
    March 31, 2008

            BLANK ROME, LLP
            Attorneys for Plaintiff
            BRADE CARRIERS INC.

            By _____
              Jack A. Greenbaum (JG 0039)
            The Chrysler Building
            405 Lexington Ave.
            New York, NY 10174-0208
            (212) 885-5000

311817.1
900200.00001/6595860v.1

1