Sullivan, J

BLANK ROME, LLP
Attorneys for Plaintiff
BRADE CARRIERS INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADE CARRIERS INC.,

   Plaintiff,

-against-

PACIFIC MINERALS LIMITED, MINERAL
POWER LIMITED, and PACIFIC MINERAL
POWER LIMITED

   Defendants.

08 Civ. 03190 (RJS)

**CONSENT ORDER**

   WHEREAS Plaintiff, BRADE CARRIERS INC. ("Plaintiff") commenced this action on or about March 31, 2008 and subsequently obtained issuance of Process of Maritime Attachment and Garnishment ("PMAG") against the Defendants, PACIFIC MINERALS LIMITED, MINERAL POWER LIMITED, and PACIFIC MINERAL POWER LIMITED ("Defendants"), and

   WHEREAS electronic funds transfers belonging to the Defendants, or some of them, have been restrained by HSBC Bank USA N.A. pursuant to the aforesaid PMAG, and

   WHEREAS the parties have agreed to settle this matter on the basis of the release of US$3,500,000 of the restrained funds to Plaintiff, and the payment of additional sums on or before close of business in Hong Kong on June 30, 2008, it is hereby

129548.00601/6638088v.1

ORDERED that the PMAGs issued herein are hereby vacated and garnishee HSBC Bank USA N.A. is directed to release the sum of US$3,500,000 to Plaintiff and to remit said funds to an account to be designated by Plaintiff's attorneys, Blank Rome, LLP, and it is further

ORDERED that HSBC Bank USA N.A. is directed to release the balance of restrained funds to Defendants and to remit said funds to an account to be designated by Defendants' attorneys, Lennon, Murphy & Lennon LLC, and it is further

ORDERED that upon the release and remittance of said funds as aforesaid, this action shall be discontinued without prejudice, subject, however, to being reopened on a request by either party by letter to the Court by July 15, 2008, in the event the agreed settlement is not fully performed.

Dated: May  , 2008

*[signature]*
UNITED STATES DISTRICT JUDGE

ENTRY OF THE ABOVE ORDER
IS CONSENTED TO:

BLANK ROME, LLP
Attorneys for Plaintiff

By *[signature]*
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, N.Y. 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com

LENNON, MURPHY & LENNON, LLC
Attorneys for Defendants

By *[signature]*
Patrick F. Lennon (PL 2162)
420 Lexington Ave.
New York, N.Y. 10170
(212) 490-6050
plennon@lenmur.com